# EXHIBIT C

Attorney Docket No.: 42574-0045006

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | | |
|---|---|---|---|---|---|
| First Named Inventor | : | Julie M. Werbitt | Art Unit | : | 3687 |
| Application No. | : | 16/217,798 | Examiner | : | Olusegun Goyea |
| Filed | : | December 12, 2018 | Conf. No. | : | 4458 |
| Title | : | PATRON SERVICE SYSTEM AND METHOD | | | |

**MAIL STOP RCE**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

REPLY TO NOTICE OF ALLOWANCE DATED JUNE 3, 2021
AND
INTERVIEW SUMMARY

Please consider the following reply.

TIARE_TX-00000071

| | | | |
|---|---|---|---|
| First Named Inventor | : Julie M. Werbitt | | Attorney Docket: 42574-0045006 |
| Application No. | : 16/217,798 | | |
| Filed | : December 12, 2018 | | |
| Page | : 2 of 9 | | |

Amendments to Claims:
Listing of Claims.

    1.-20. (Canceled)

    21. (Previously Presented) A system for locating electronic devices, the system comprising:

    a plurality of mobile electronic devices, each of the plurality of mobile electronic devices comprising a wireless communications interface; and

    a computing system comprising one or more processors and one or more data stores coupled to the one or more processors having instructions stored thereon which, when executed by the one or more processors, causes the one or more processors to perform operations comprising:

        providing a venue-specific application to each of the plurality of mobile electronic devices;

        receiving, from each of the plurality of mobile electronic devices, first location signals through the venue specific application of each respective mobile electronic device;

        determining first locations of each of the plurality of mobile electronic devices based on the first location signals;

        receiving second location signals from each of the mobile electronic devices;

        determining updated locations of each of the mobile electronic devices based on the second location signals;

        receiving, from a particular one of the electronic devices, order information for a venue associated with the venue-specific application; and

        in response to receiving the order information, sending, to a computing system associated with the venue, for display in a graphical user interface, data indicating the updated location of the particular one of the plurality of mobile electronic devices.

| | | | |
|---|---|---|---|
| First Named Inventor | : Julie M. Werbitt | Attorney Docket: 42574-0045006 | |
| Application No. | : 16/217,798 | | |
| Filed | : December 12, 2018 | | |
| Page | : 3 of 9 | | |

22.   (Previously Presented) The system of claim 21, wherein each of the mobile electronic devices comprise a vibrating device, and

wherein the operations of the computing system further comprise sending, to the particular one of the mobile electronic devices, a message to activate the vibrating device.

23.   (Previously Presented) The system of claim 21, wherein each of the mobile electronic devices comprise one or more light emitting diodes (LEDs), and

wherein the operations of the computing system further comprise sending, to the particular one of the mobile electronic devices, a message to activate at least one LED.

24.   (Previously Presented) The system of claim 21, wherein the operations of the computing system further comprise:

receiving data indicating a user input requesting a location of a particular one of the mobile electronic devices; and

in response, providing, for display in the graphical user interface, data indicating the updated location of the particular one of the mobile electronic devices.

25.   (Previously Presented) The system of claim 21, wherein the operations of the computing system further comprise:

mapping the first locations of the plurality of mobile electronic devices to a region that is associated with a venue; and

providing, for display in the graphical user interface, data indicating the first locations of the plurality of mobile electronic devices.

26.   (Previously Presented) The system of claim 25, wherein the operations of the computing system further comprise:

mapping the updated locations of the plurality of mobile electronic devices to the region that is associated with the venue; and

providing, for display in the graphical user interface, data indicating the updated locations of the plurality of mobile electronic devices.

| | | | |
|---|---|---|---|
| First Named Inventor | : Julie M. Werbitt | Attorney Docket: | 42574-0045006 |
| Application No. | : 16/217,798 | | |
| Filed | : December 12, 2018 | | |
| Page | : 4 of 9 | | |

27. (Previously Presented) The system of claim 21, wherein the operations of the computing system further comprise:

mapping the first location of one of the plurality of mobile electronic devices to a first region that is associated with a venue; and

providing, for display in the graphical user interface, data indicating that the one of the plurality of mobile electronic devices is located in the first region.

28. (Previously Presented) The system of claim 21, wherein the operations of the computing system further comprise:

mapping the updated location of the one of the plurality of mobile electronic devices to a second region that is associated with a venue; and

providing, for display in the graphical user interface, data indicating that the one of the plurality of mobile electronic devices is located in the second region.

29. (Previously Presented) The system of claim 21, wherein one or more of the mobile electronic devices are portable patron units.

30. (Previously Presented) A system for locating electronic devices, the system comprising one or more processors and one or more data stores coupled to the one or more processors having instructions stored thereon which, when executed by the one or more processors, causes the one or more processors to perform operations comprising:

providing, over one or more wireless channels, a venue-specific application to each of a plurality of mobile electronic devices;

receiving, from each of the plurality of mobile electronic devices, first location information through the venue specific application of each respective mobile electronic device;

determining first locations of each of the plurality of mobile electronic devices based on the location information;

receiving, over the one or more wireless channels, second location information from each of the mobile electronic devices;

| | | | |
|---|---|---|---|
| First Named Inventor | : Julie M. Werbitt | Attorney Docket: 42574-0045006 | |
| Application No. | : 16/217,798 | | |
| Filed | : December 12, 2018 | | |
| Page | : 5 of 9 | | |

determining updated locations of each of the mobile electronic devices based on the second location information;

receiving, from a particular one of the electronic devices, order information for a venue associated with the venue-specific application; and

in response to receiving the order information, sending, to a computing system associated with the venue, for display in a graphical user interface, data indicating the updated location of the particular one of the plurality of mobile electronic devices.

31.  (Previously Presented) The system of claim 30, wherein the operations further comprise:

receiving data indicating a user input requesting a location of a particular one of the mobile electronic devices; and

in response, providing, for display in the graphical user interface, data indicating the updated location of the particular one of the mobile electronic devices.

32.  (Previously Presented) The system of claim 30, wherein the operations further comprise:

mapping the first locations of the plurality of mobile electronic devices to a region that is associated with a venue; and

providing, for display in the graphical user interface, data indicating the first locations of the plurality of mobile electronic devices.

33.  (Previously Presented) The system of claim 32, wherein the operations further comprise:

mapping the updated locations of the plurality of mobile electronic devices to the region that is associated with the venue; and

providing, for display in the graphical user interface, data indicating the updated locations of the plurality of mobile electronic devices.

| | | | |
|---|---|---|---|
| First Named Inventor | : Julie M. Werbitt | Attorney Docket: | 42574-0045006 |
| Application No. | : 16/217,798 | | |
| Filed | : December 12, 2018 | | |
| Page | : 6 of 9 | | |

34.   (Previously Presented) The system of claim 30, wherein the operations further comprise:

   mapping the first location of one of the plurality of mobile electronic devices to a first region that is associated with a venue; and

   providing, for display in the graphical user interface, data indicating that the one of the plurality of mobile electronic devices is located in the first region.

35.   (Previously Presented) The system of claim 30, wherein the operations further comprise:

   mapping the updated location of the one of the plurality of mobile electronic devices to a second region that is associated with a venue; and

   providing, for display in the graphical user interface, data indicating that the one of the plurality of mobile electronic devices is located in the second region.

36.   (Canceled)

37.   (Previously Presented) The system of claim 30, wherein the order information indicates a user selection of an order option from the venue-specific application.

38.   (Previously Presented) The system of claim 30, wherein the operations further comprise sending, to the particular one of the mobile electronic devices, a message to activate a vibrating device on the particular one of the mobile electronic devices.

39.   (Previously Presented) The system of claim 30, wherein the operations further comprise sending, to the particular one of the mobile electronic devices, a message to activate one or more light emitting diodes (LEDs) on the particular one of the mobile electronic devices.

40.   (Previously Presented) The system of claim 30, wherein the operations further comprise:

| | | |
|---|---|---|
| First Named Inventor : | Julie M. Werbitt | Attorney Docket: 42574-0045006 |
| Application No. : | 16/217,798 | |
| Filed : | December 12, 2018 | |
| Page : | 7 of 9 | |

communicating with the particular one of the plurality of mobile electronic devices to authenticate, based on a security protocol, a user of the venue-specific application on the particular one of the plurality of mobile electronic devices.

41. (**New**) The system of claim 21, wherein the venue-specific application is associated with a plurality of venues.

42. (**New**) The system of claim 21, wherein the venue is a retail location.

43. (**New**) The system of claim 41, wherein the plurality of venues comprises a plurality of retail locations.

44. (**New**) The system of claim 21, wherein the venue is a restaurant.

45. (**New**) The system of claim 41, wherein the plurality of venues comprises a plurality of restaurants.

46. (**New**) The system of claim 30, wherein the venue-specific application is associated with a plurality of venues.

47. (**New**) The system of claim 30, wherein the venue is a retail location.

48. (**New**) The system of claim 46, wherein the plurality of venues comprises a plurality of retail locations.

49. (**New**) The system of claim 30, wherein the venue is a restaurant.

50. (**New**) The system of claim 46, wherein the plurality of venues comprises a plurality of restaurants.

First Named Inventor : Julie M. Werbitt  Attorney Docket: 42574-0045006
Application No. : 16/217,798
Filed : December 12, 2018
Page : 8 of 9

## REMARKS

Claims 21-35 and 37-40 were pending on the June 3, 2021, notification date of the Notice of Allowance. Reconsideration and further examination is requested.

After entry of the instant amendment, claims 21-35 and 37-50 will be pending, with claims 21 and 30 being independent. Claims 1-20 and 36 were cancelled. Support for the amendments is found throughout the application as originally filed. Accordingly, no new matter is added by way of the amendments.

Applicant's repesentative thanks the Examiner for the courtesies extended during the telephonic interview on August 25, 2021. During the interview, the undersigned and the Examiner discussed language for additional dependent claims to be added. The suggested claims have een added as new claims 41-50. Agreement was reached that the claims should be presented by way of a response to the Notice of Allowance accompanying an RCE.

## CONCLUSION

It is believed that all of the pending claims have been addressed. However, the absence of a reply to a specific rejection, issue or comment does not signify agreement with or concession of that rejection, issue or comment. In addition, because the arguments made above may not be exhaustive, there may be reason for patentability of any or all pending claims (or other claims) that have not been expressed. Finally, nothing in this paper should be construed as an intent to concede any issue with regard to any claim, except as specifically stated in this paper, and the amendment of any claim does not necessarily signify concession of unpatentability of the claim prior to amendment. Applicants respectfully request consideration of all filed IDSes not previously considered, by initialing and returning each Form 1449.

The undersigned attorney welcomes the opportunity to further discuss by telephone any position or issue not fully addressed by the above remarks and amendments.

The fees in the amount of $450 for excess claim fees and the fee in the amount of $1,000 for the subsequent Request for Continued Examination (RCE) are being paid concurrently

| | | |
|---|---|---|
| First Named Inventor : | Julie M. Werbitt | Attorney Docket: 42574-0045006 |
| Application No. : | 16/217,798 | |
| Filed : | December 12, 2018 | |
| Page : | 9 of 9 | |

herewith on the Electronic Filing System (EFS) by way of Deposit Account authorization.

Please apply any necessary charges or credits to Deposit Account 06 1050, referencing the above attorney docket number.

Respectfully submitted,

Date: <u>September 1, 2021</u>    /Kenneth J. Hoover/
 Kenneth J. Hoover
 Reg. No. 68,116

Customer Number 26201
Fish & Richardson P.C.
Telephone:  (512) 226-8117
Facsimile:  (877) 769-7945

91450852.doc

TIARE_TX-00000079

| **Electronic Patent Application Fee Transmittal** ||
|---|---|
| **Application Number:** | 16217798 |
| **Filing Date:** | 12-Dec-2018 |
| **Title of Invention:** | Patron Service System and Method |
| **First Named Inventor/Applicant Name:** | Julie M. Werbitt |
| **Filer:** | Kenneth J. Hoover/Tanya Sparrow |
| **Attorney Docket Number:** | 42574-0045006 |
| Filed as Small Entity ||
| **Filing Fees for** Utility under 35 USC 111(a) ||

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 2202 | 9 | 50 | 450 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| RCE- 2ND AND SUBSEQUENT REQUEST | 2820 | 1 | 1000 | 1000 |
| | | | **Total in USD ($)** | **1450** |

TIARE_TX-00000081

| Electronic Acknowledgement Receipt ||
|---|---|
| EFS ID: | 43664537 |
| Application Number: | 16217798 |
| International Application Number: | |
| Confirmation Number: | 4458 |
| Title of Invention: | Patron Service System and Method |
| First Named Inventor/Applicant Name: | Julie M. Werbitt |
| Customer Number: | 26201 |
| Filer: | Kenneth J. Hoover/Tanya Sparrow |
| Filer Authorized By: | Kenneth J. Hoover |
| Attorney Docket Number: | 42574-0045006 |
| Receipt Date: | 01-SEP-2021 |
| Filing Date: | 12-DEC-2018 |
| Time Stamp: | 17:52:19 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $1450 |
| RAM confirmation Number | E202191H52353097 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: ||

TIARE_TX-00000082

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | RCE2.PDF | 91963<br>997bf52cbb5140925f0be68192bbe59112161432 | no | 1 |

**Warnings:**
This is not a USPTO supplied RCE SB30 form.

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | | SuppReplytoFINALOANtcofAllowance.PDF | 99846<br>0ec2537b0fac7a313fcdf178419c250304b07723 | yes | 9 |

### Multipart Description/PDF files in .zip description

| Document Description | Start | End |
|---|---|---|
| Amendment Submitted/Entered with Filing of CPA/RCE | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 9 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 40562<br>1871445f39757db265589750e4ef124a160bdef4 | no | 2 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 232371 |

TIARE_TX-00000083

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.